**EXHIBIT 40**

# Welby, Brady & Greenblatt, LLP

Westchester Financial Center
11 Martine Ave.
White Plains, NY 10606

Wednesday, July 01, 2015

Wasserman, Grubin & Rogers, LLP
Michael T. Rogers
1700 Broadway - 42nd Floor
NewYork, New York 10019

The amount listed below is currently overdue. Please remit payment immediately.

| Date | Stmn No. | Amount | Paid | Balance | Running Balance |
|---|---|---|---|---|---|
| 04/03/2015 | 41584 | 5,135.00 | 5,135.00 | 0.00 | 0.00 |
| 05/05/2015 | 41797 | 21,211.50 | 21,211.50 | 0.00 | 0.00 |
| 06/05/2015 | 41928 | 14,733.50 | 14,733.50 | 0.00 | 0.00 |
| **Total Now Due:** | | **$41,080.00** | **$41,080.00** | **$0.00** | |



# WELBY, BRADY & GREENBLATT, LLP
ATTORNEYS AT LAW

April 3, 2015

Statement No. 41584

Wasserman, Grubin & Rogers, LLP
Michael T. Rogers
1700 Broadway - 42nd Floor
New York, New York 10019

**Retainer Account**

Retainer Required Per Agreement:     No Retainer Required

|            |                                                         |            |
|------------|---------------------------------------------------------|------------|
|            | Beginning Balance:                                      | 560.90     |
| 7/11/2013  | Payment from Account.                                   | -553.00    |
| 3/10/2015  | Retainer received via Wire. (Tully)                     | 25,000.00  |
| 4/1/2015   | Retainer received. Check number 0254233. (Canam Steel)  | 25,000.00  |
|            | Ending Balance:                                         | 50,007.90  |

Billing Summary

01538.00002: Whitestone Expressway Arbitration                                $5,135.00

| | |
|---|---|
| Total Current Billing: | $5,135.00 |
| Previous Balance Due: | $553.00 |
| Less Amounts Applied: | $553.00 |

**TOTAL AMOUNT NOW DUE INCLUDING RETAINER REPLENISHMENT:**     **-$44,872.90**

### Aged Receivable Table

| Over 120 | Over 90 | Over 60 | Over 30 |
|----------|---------|---------|---------|
| 0.00     | 0.00    | 0.00    | 0.00    |



## STATEMENT DETAILS

Retainer Replenishment Requirement:   No Retainer

### Settlement or Escrow Funds

| Date | Description | | Amount |
|---|---|---|---|
| | | Beginning Balance: | 0.00 |
| 7/11/2013 | Payment from Account. | | -553.00 |
| 3/10/2015 | Retainer received via Wire. (Tully) | | 25,000.00 |
| 4/1/2015 | Retainer received. Check number 0254233. (Canam Steel) | | 25,000.00 |
| | | Ending Balance: | 50,007.90 |

### 01538.00002: Whitestone Expressway Arbitration

#### Professional Fees

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/9/2015 | JJK | STUDY TIME. | 0.80 | 395.00 | 316.00 |
| 3/19/2015 | JJK | STUDY TIME. | 0.10 | 395.00 | 39.50 |
| 3/26/2015 | JJK | STUDY TIME. | 0.80 | 395.00 | 316.00 |
| 3/27/2015 | JJK | STUDY TIME. | 2.20 | 395.00 | 869.00 |
| 4/1/2015 | JJK | STUDY TIME. | 2.20 | 395.00 | 869.00 |
| 4/2/2015 | JJK | STUDY TIME. | 6.90 | 395.00 | 2,725.50 |
| | | | | Sub-total Fees: | 5,135.00 |

#### Payments

| Date | Description | Amount |
|---|---|---|
| 7/11/2013 | Payment. | 553.00 |
| | Sub-total Payments: | 553.00 |



| | |
|---|---:|
| Total Amount Billed On This Invoice: | 5,135.00 |
| Previous Balance Due: | 553.00 |



# WELBY, BRADY & GREENBLATT, LLP
ATTORNEYS AT LAW

May 5, 2015

Statement No. 41797

Wasserman, Grubin & Rogers, LLP
Michael T. Rogers
1700 Broadway - 42nd Floor
New York, New York 10019

**Retainer Account**

Retainer Required Per Agreement:   No Retainer Required

|  |  | Beginning Balance: | 50,007.90 |
|---|---|---|---|
| 4/6/2015 | Payment from Account. |  | -5,135.00 |
|  |  | Ending Balance: | 44,872.90 |

Billing Summary

01538.00002: Whitestone Expressway Arbitration $21,211.50

| | |
|---|---|
| Total Current Billing: | $21,211.50 |
| Previous Balance Due: | $5,135.00 |
| Less Amounts Applied: | $5,135.00 |

**TOTAL AMOUNT NOW DUE INCLUDING RETAINER REPLENISHMENT:**   -$23,661.40

### Aged Receivable Table

| Over 120 | Over 90 | Over 60 | Over 30 |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |