

## STATEMENT DETAILS

Retainer Replenishment Requirement:   No Retainer

### Settlement or Escrow Funds

| Date | Description | | |
|---|---|---|---|
| | | Beginning Balance: | 0.00 |
| 4/6/2015 | Payment from Account. | | -5,135.00 |
| | | Ending Balance: | 44,872.90 |

### 01538.00002: Whitestone Expressway Arbitration

**Professional Fees**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/3/2015 | JJK | STUDY TIME. | 2.70 | 395.00 | 1,066.50 |
| 4/6/2015 | JJK | STUDY TIME. | 7.20 | 395.00 | 2,844.00 |
| 4/7/2015 | JJK | STUDY TIME. | 3.40 | 395.00 | 1,343.00 |
| 4/8/2015 | JJK | STUDY TIME. | 2.10 | 395.00 | 829.50 |
| 4/9/2015 | JJK | STUDY TIME. | 3.30 | 395.00 | 1,303.50 |
| 4/10/2015 | JJK | STUDY TIME. | 4.20 | 395.00 | 1,659.00 |
| 4/13/2015 | JJK | STUDY TIME. | 0.30 | 395.00 | 118.50 |
| 4/16/2015 | JJK | STUDY TIME. | 1.60 | 395.00 | 632.00 |
| 4/17/2015 | JJK | STUDY TIME. | 1.90 | 395.00 | 750.50 |
| 4/20/2015 | JJK | STUDY TIME. | 4.80 | 395.00 | 1,896.00 |
| 4/21/2015 | JJK | STUDY TIME. | 2.30 | 395.00 | 908.50 |
| 4/22/2015 | JJK | STUDY TIME. | 1.30 | 395.00 | 513.50 |
| 4/23/2015 | JJK | STUDY TIME. | 6.80 | 395.00 | 2,686.00 |
| 4/24/2015 | JJK | STUDY TIME. | 6.70 | 395.00 | 2,646.50 |
| 4/27/2015 | JJK | STUDY TIME. | 3.00 | 395.00 | 1,185.00 |
| 4/29/2015 | JJK | STUDY TIME. | 2.10 | 395.00 | 829.50 |



| | Sub-total Fees: | 21,211.50 |
|---|---|---|

**Payments**

| Date | Description | Amount |
|---|---|---|
| 4/6/2015 | Payment. | 5,135.00 |
| | Sub-total Payments: | 5,135.00 |



Page: 4
Statement as of May 4, 2015
Statement No.: 41797

| | |
|---|---:|
| Total Amount Billed On This Invoice: | 21,211.50 |
| Previous Balance Due: | 5,135.00 |



# WELBY, BRADY & GREENBLATT, LLP
ATTORNEYS AT LAW

June 5, 2015

Statement No. 41928

Wasserman, Grubin & Rogers, LLP
Michael T. Rogers
1700 Broadway - 42nd Floor
New York, New York 10019

**Retainer Account**

Retainer Required Per Agreement:  No Retainer Required

| | | | |
|---|---|---|---|
| | | Beginning Balance: | 44,872.90 |
| 5/15/2015 | Payment from Account. | | -21,211.50 |
| | | Ending Balance: | 23,661.40 |

**Billing Summary**

01538.00002: Whitestone Expressway Arbitration                                              $14,733.50

| | |
|---|---|
| Total Current Billing: | $14,733.50 |
| Previous Balance Due: | $21,211.50 |
| Less Amounts Applied: | $21,211.50 |

**TOTAL AMOUNT NOW DUE INCLUDING RETAINER REPLENISHMENT:**     -$8,927.90

### Aged Receivable Table

| Over 120 | Over 90 | Over 60 | Over 30 |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |



## STATEMENT DETAILS

Retainer Replenishment Requirement:   No Retainer

**Settlement or Escrow Funds**

| Date | Description | | |
|---|---|---|---|
| | | Beginning Balance: | 0.00 |
| 5/15/2015 | Payment from Account. | | -21,211.50 |
| | | Ending Balance: | 23,661.40 |

### 01538.00002: Whitestone Expressway Arbitration

**Professional Fees**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/6/2015 | JJK | STUDY TIME. | 1.50 | 395.00 | 592.50 |
| 5/15/2015 | JJK | STUDY TIME. | 1.10 | 395.00 | 434.50 |
| 5/18/2015 | JJK | STUDY TIME. | 1.20 | 395.00 | 474.00 |
| 5/19/2015 | JJK | STUDY TIME. | 1.00 | 395.00 | 395.00 |
| 5/20/2015 | JJK | STUDY TIME. | 2.60 | 395.00 | 1,027.00 |
| 5/21/2015 | JJK | STUDY TIME. | 4.30 | 395.00 | 1,698.50 |
| 5/22/2015 | JJK | STUDY TIME. | 1.30 | 395.00 | 513.50 |
| 5/27/2015 | JJK | STUDY TIME. | 1.30 | 395.00 | 513.50 |
| 5/28/2015 | JJK | STUDY TIME. | 6.90 | 395.00 | 2,725.50 |
| 5/29/2015 | JJK | STUDY TIME. | 2.60 | 395.00 | 1,027.00 |
| 6/1/2015 | JJK | STUDY TIME. | 2.10 | 395.00 | 829.50 |
| 6/2/2015 | JJK | STUDY TIME. | 5.40 | 395.00 | 2,133.00 |
| 6/4/2015 | JJK | STUDY TIME. | 6.00 | 395.00 | 2,370.00 |
| | | | | Sub-total Fees: | 14,733.50 |



**Payments**

| Date | Description | Amount |
|---|---|---|
| 5/15/2015 | Payment. | 21,211.50 |
| | Sub-total Payments: | 21,211.50 |



Page: 4
Statement as of June 4, 2015
Statement No.: 41928

| | |
|---|---:|
| Total Amount Billed On This Invoice: | 14,733.50 |
| Previous Balance Due: | 21,211.50 |